

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00362-CV

Javan P. **SMITH**,
Appellant

v.

**DC CIVIL CONSTRUCTION, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-1978
Honorable Martha Tanner, Judge Presiding

# O R D E R

The clerk's record has been filed in this appeal without payment of costs by appellant. The reporter's record was originally due on September 21, 2015. On September 30, 2015, Ms. Kay Counseller, the reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a Notification of Late Record stating the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On October 14, 2015, we ordered appellant to designate the reporter's record and provide proof that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

Appellant filed an affidavit of indigence; therefore, we ORDER the clerk of this court to send copies of appellant's affidavit and this order to Ms. Counseller and all parties. *See* Tex. R. App. P. 20.1(d)(2).

We ORDER the deadline for filing a contest to appellant's affidavit of indigence is <u>no later than November 2, 2015</u>. **Any contest must be filed in this court.** *See* Tex. R. App. P. 20.1(e)(1).

Appellant is reminded that if he desires a reporter's record, and has not already done so, he must (1) request in writing that a reporter's record be prepared and (2) designate in writing the exhibits and those portions of the record to be included in the reporter's record. Appellant must file a copy of the request with both the trial court clerk and this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

Keith E. Hottle
Clerk of Court